IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-03312-RM-KMT

JESSE ESQUIBEL,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE
---

    THE COURT having reviewed the Notice of Dismissal with Prejudice (ECF No. 9) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

    ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    Dated this 20th day of March, 2014.

                                             BY THE COURT:

                                             RAYMOND P. MOORE
                                             United States District Judge